UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICIA PORTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:11 CV540 CDP |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  Plaintiff seeks $4,175.60 in attorney's fees.  Defendant does not oppose the motion.

On September 11, 2012, I reversed the decision of the Commissioner and remanded the case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration.  Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees and costs, I find plaintiff[1] is entitled to an award in the amount requested.

Accordingly,

---

[1] The fees are payable to plaintiff, not plaintiff's attorney.  See Astrue v. Ratliff, 130 S. Ct. 2521, 2524 (2010).

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#16] is granted, and defendant shall pay plaintiff $4,175.60 in attorney's fees.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of October, 2012.